UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Cr. No. 5:18-cr-00218-FL

    Plaintiff,

v.    ORDER TO SEAL

ANTONIO AUBREY GREENE,

    Defendant.

_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 36 in the above-captioned case be sealed.

This the 1st day of April, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge