IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-218-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ANTONIO AUBREY GREENE, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on Defendant's second motion to seal [DE-45] counsel's motion to withdraw. On July 16, 2019, Defendant's counsel filed a motion to withdraw [DE-42] and a motion to seal the motion to withdraw [DE-43]. Defendant's counsel asserted that Defendant communicated to counsel on multiple occasions that he was dissatisfied with counsel's representation, he intended to challenge counsel's effectiveness post-sentencing, and there was an irreparable breakdown of the attorney-client relationship. [DE-42] at 1. The motion to seal stated that the motion to withdraw contained sensitive information. [DE-43]. The court allowed the motion to withdraw but denied the motion to seal. [DE-44]. The court found no good cause to seal the motion to withdraw because while "[t]he motion to seal does generally disclose Defendant's asserted displeasure with his counsel's representation [it] does not allege in detail any specific communications between Defendant and his counsel." *Id.* Defendant's second motion to seal simply restates that the motion to withdraw contains sensitive information. [DE-45]. The court previously rejected this argument, and Defendant has provided no reason for the court to deviate from its prior ruling. Accordingly, the motion to seal is denied.

SO ORDERED, this the _19_ day of July, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge